■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE TAYLOR, Appellant. [30 NYS3d 559]—

Judgment, Supreme Court, Bronx County (Steven Lloyd Barrett, J.), rendered September 11, 2013, convicting defendant, upon his plea of guilty, of assault in the first degree and attempted conspiracy in the first degree, and sentencing him, as

a second violent felony offender, to an aggregate term of 18 years, unanimously affirmed.

The court properly adjudicated defendant a second violent felony offender, because, as we have repeatedly held in cases presenting the same issue, a conviction of criminal possession of a weapon in the third degree pursuant to former Penal Law § 265.02 (4) qualifies as a violent felony (*see e.g. People v Mc-Ghee*, 125 AD3d 537 [1st Dept 2015], *lv granted* 26 NY3d 968 [2015]; *People v Thomas*, 122 AD3d 489 [1st Dept 2014], *lv denied* 24 NY3d 1123 [2015]).

Although we find that defendant did not make a valid waiver of his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]), we perceive no basis for reducing the sentence. Concur—Tom, J.P., Saxe, Richter, Gische and Webber, JJ.